FILED
2023 Oct-26 PM 12:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| **J. THOMAS PILCHER, IV, as personal representative of the estate of Jamie Lawrence Prim,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 4:21-cv-204-ACA** |
| **JEFFERSON DUNN, et al.,** | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties file this Joint Stipulation of Dismissal, regarding the remaining defendants, Wexford Health Sources, Inc., Manuel Pouparinas, M.D., Walter Wilson, M.D. and Kelly Phillips Guthrey, R.N., and respectfully request that the Court dismiss the above-styled action without prejudice, with each party to bear their own costs.

Respectfully submitted this 26th day of October 2023.

***/s/ Laura S. Gibson___________***
Laura S. Gibson
Attorney for Plaintiff
WHITE ARNOLD & DOWD P.C.
2001 Park Place North, Ste. 1400
Birmingham, AL 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
lgibson@whitearnolddowd.com

***/s/ Philip G. Piggott__________***
Phillip G. Piggott
Attorney for Defendants
WEBSTER, HENRY, BRADWELL, COHAN, SPEAGLE and DESHAZO
Two Perimeter Park South
Suite 445 East
Birmingham, AL 35243
Ppiggott@websterhenry.com