FILED
2023 Oct-27 AM 08:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

| | | |
|---|---|---|
| **J. THOMAS PILCHER, IV, as personal representative of the estate of Jamie Lawrence Prim,** | ] | |
| **Plaintiff,** | ] | |
| **v.** | ] | **Case No.: 4:21-cv-00204-ACA** |
| **JEFFERSON DUNN, et al,** | ] | |
| **Defendants.** | ] | |

## ORDER

Plaintiff J. Thomas Pilcher, IV, and Defendants Wexford Health Sources, Inc., Manuel Pouparinas, M.D., Walter Wilson, M.D., and Kelley Phillips Guthrey, R.N., filed a putative joint stipulation of dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 129). However, the stipulation does not bear the signature of "all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see City of Jacksonville v. Jacksonville Hosp. Holdings, LP*, 82 F.4th 1031, 1038 (11th Cir. 2023) ("[A] Rule 41(a)(1)(A)(ii) stipulation also requires the signature of a party that appeared but has already been removed from an action."). Accordingly, it is ineffective.

However, the court may dismiss a defendant or an action by court order under Rule 41(a)(2). Here, the only parties remaining in the case have agreed to dismiss

all remaining claims without prejudice. (Doc. 129). Accordingly, the court **DISMISSES** Defendants Wexford Health Sources, Inc., Manuel Pouparinas, M.D., Walter Wilson, M.D., and Kelley Phillips Guthrey, R.N., from this action **WITHOUT PREJUDICE**, with each of the parties to bear their own fees and costs.

The court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** this October 27, 2023.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE